51248
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ally Capital
JM5630_____

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW
JERSEY

IN RE:        YOLANDA C. SHIVERS-ANDERSON
              FITZROYE H. ANDERSON

CHAPTER: 13
CASE NO:  20-13821 (CMG)
HEARING DATE:

NOTICE OF APPEARANCE
AND REQUEST FOR ALL
NOTICES, PLAN AND
DISCLOSURE STATEMENTS

Ally Capital enters its appearance and the law firm of John R. Morton, Jr., Esquire,

pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Ally

Capital with regard to all matters and proceedings in the above captioned case,

showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Ally Capital pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Ally Capital by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Ally Capital
P.O. Box 130424
Roseville, MN 55113-0004

Ally Capital pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

                                    /s/   John R. Morton, Jr.
                                    John R. Morton, Jr., Esquire
                                    Attorney for Ally Capital

Dated: