| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-13821 / CMG**

Yolanda C Shivers-Anderson          Petition Filed Date: 03/05/2020
Fitzroye H Anderson                         341 Hearing Date: 04/02/2020
                                                          Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/03/2020 | $709.59 | 66861860 | 05/01/2020 | $709.59 | 67541590 | 06/01/2020 | $709.59 | 68319050 |
| 07/02/2020 | $709.59 | 69087120 | 08/03/2020 | $903.00 | 69784160 | 09/01/2020 | $903.00 | 70517550 |
| 10/02/2020 | $903.00 | 71284550 | 11/02/2020 | $903.00 | 72032190 | 12/02/2020 | $903.00 | 72752900 |
| 01/04/2021 | $903.00 | 73440290 | 02/02/2021 | $903.00 | 74197240 | | | |

**Total Receipts for the Period:  $9,159.36     Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $9,159.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Yolanda C Shivers-Anderson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» SYNCHRONY BANK/R US | Unsecured Creditors | $415.43 | $0.00 | $415.43 |
| 2 | MERRICK BANK | Unsecured Creditors | $2,099.40 | $0.00 | $2,099.40 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,104.60 | $0.00 | $2,104.60 |
| 4 | LVNV FUNDING LLC<br>»» SYNCHRONY JUDGMENT DC-002934-18/AVOID LIEN | Unsecured Creditors | $637.65 | $0.00 | $637.65 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» COMENITY/AVENUE | Unsecured Creditors | $296.71 | $0.00 | $296.71 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $1,286.13 | $0.00 | $1,286.13 |
| 7 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,580.27 | $0.00 | $1,580.27 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,060.29 | $0.00 | $1,060.29 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2016 NISSAN ALTIMA/CRAM/AMD ORDER 1/6/21 | Debt Secured by Vehicle | $16,859.10 | $1,490.00 | $15,369.10 |
| 10 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 | Priority Crediors | $3,937.77 | $0.00 | $3,937.77 |
| 11 | INTERNAL REVENUE SERVICE<br>»» 2008-2011 | Unsecured Creditors | $20,442.08 | $0.00 | $20,442.08 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/ASHLEY STEWART | Unsecured Creditors | $790.87 | $0.00 | $790.87 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PROSPER FUNDING LLC | Unsecured Creditors | $6,472.71 | $0.00 | $6,472.71 |
| 14 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,449.16 | $0.00 | $1,449.16 |
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $916.27 | $0.00 | $916.27 |
| 16 | TD BANK USA NA | Unsecured Creditors | $1,769.92 | $0.00 | $1,769.92 |
| 17 | QUANTUM3 GROUP LLC<br>»» JUSTICE CC | Unsecured Creditors | $421.41 | $0.00 | $421.41 |
| 18 | QUANTUM3 GROUP LLC<br>»» MY PLACE REWARDS | Unsecured Creditors | $452.57 | $0.00 | $452.57 |
| 19 | ALLY CAPITAL<br>»» 2015 HYUNDAI TUCSON/CRAM | Debt Secured by Vehicle | $21,701.55 | $1,900.00 | $19,801.55 |
| 20 | OLIPHANT USA, LLC<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $903.41 | $0.00 | $903.41 |
| 21 | MIDFIRST BANK<br>»» P/57 RUSKIN AVE/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $3,237.73 | $833.68 | $2,404.05 |
| 22 | Capitalhealth<br>»» JUDGMENT/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | Crown Asset Management, LLC as Assignee<br>»» JUDGMENT DC-004367-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | Crown Asset Management, LLC as Assignee<br>»» JUDGMENT DC-OO5940-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | Synchrony Bank<br>»» JUDGMENT DC-007160-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TD Bank, USA<br>»» JUDGMENT DC-002406-18/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,159.36 | Plan Balance: | $44,440.41 ** |
| Paid to Claims: | $6,723.68 | Current Monthly Payment: | $903.00 |
| Paid to Trustee: | $739.84 | Arrearages: | $193.41 |
| Funds on Hand: | $1,695.84 | Total Plan Base: | $53,599.77 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**