| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 20-13821 / CMG

Yolanda C Shivers-Anderson
Fitzroye H Anderson

Petition Filed Date: 03/05/2020
341 Hearing Date: 04/02/2020
Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $903.00 | 73440290 | 02/02/2021 | $903.00 | 74197240 | 03/01/2021 | $903.00 | 74872940 |
| 04/01/2021 | $903.00 | 75648190 | 05/03/2021 | $903.00 | 76371300 | 06/01/2021 | $903.00 | 77077310 |
| 07/06/2021 | $903.00 | 77813050 | 08/02/2021 | $903.00 | 78500990 | 09/02/2021 | $903.00 | 79191090 |
| 10/01/2021 | $903.00 | 79822810 | 11/01/2021 | $903.00 | 80508080 | 12/02/2021 | $903.00 | 81199290 |
| 01/03/2022 | $903.00 | 81807680 | 02/02/2022 | $903.00 | 82493700 | | | |

**Total Receipts for the Period: $12,642.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,995.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Yolanda C Shivers-Anderson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» SYNCHRONY BANK/R US | Unsecured Creditors | $415.43 | $0.00 | $415.43 |
| 2 | MERRICK BANK | Unsecured Creditors | $2,099.40 | $0.00 | $2,099.40 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,104.60 | $0.00 | $2,104.60 |
| 4 | LVNV FUNDING LLC<br>»» SYNCHRONY JUDGMENT DC-002934-18/AVOID LIEN | Unsecured Creditors | $637.65 | $0.00 | $637.65 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» COMENITY/AVENUE | Unsecured Creditors | $296.71 | $0.00 | $296.71 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $1,286.13 | $0.00 | $1,286.13 |
| 7 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,580.27 | $0.00 | $1,580.27 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,060.29 | $0.00 | $1,060.29 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2016 NISSAN ALTIMA/CRAM/AMD ORDER 1/6/21 | Debt Secured by Vehicle | $16,859.10 | $5,597.59 | $11,261.51 |
| 10 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 | Priority Crediors | $3,937.77 | $0.00 | $3,937.77 |
| 11 | INTERNAL REVENUE SERVICE<br>»» 2008-2011 | Unsecured Creditors | $20,442.08 | $0.00 | $20,442.08 |

**Chapter 13 Case No. 20-13821 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY/ASHLEY STEWART | Unsecured Creditors | $790.87 | $0.00 | $790.87 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER FUNDING LLC | Unsecured Creditors | $6,472.71 | $0.00 | $6,472.71 |
| 14 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,449.16 | $0.00 | $1,449.16 |
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $916.27 | $0.00 | $916.27 |
| 16 | TD BANK USA NA | Unsecured Creditors | $1,769.92 | $0.00 | $1,769.92 |
| 17 | QUANTUM3 GROUP LLC<br>»»  JUSTICE CC | Unsecured Creditors | $421.41 | $0.00 | $421.41 |
| 18 | QUANTUM3 GROUP LLC<br>»»  MY PLACE REWARDS | Unsecured Creditors | $452.57 | $0.00 | $452.57 |
| 19 | ALLY CAPITAL<br>»»  2015 HYUNDAI TUCSON/CRAM | Debt Secured by Vehicle | $21,701.55 | $7,192.20 | $14,509.35 |
| 20 | OLIPHANT USA, LLC<br>»»  BARCLAYS BANK DELAWARE | Unsecured Creditors | $903.41 | $0.00 | $903.41 |
| 21 | MIDFIRST BANK<br>»»  P/57 RUSKIN AVE/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $3,237.73 | $1,476.19 | $1,761.54 |
| 22 | Capitalhealth<br>»»  JUDGMENT/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | Crown Asset Management, LLC as Assignee<br>»»  JUDGMENT DC-004367-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | Crown Asset Management, LLC as Assignee<br>»»  JUDGMENT DC-OO5940-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | Synchrony Bank<br>»»  JUDGMENT DC-007160-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TD Bank, USA<br>»»  JUDGMENT DC-002406-18/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,995.36 | Plan Balance: | $33,604.41  ** |
| Paid to Claims: | $16,765.98 | Current Monthly Payment: | $903.00 |
| Paid to Trustee: | $1,575.08 | Arrearages: | $193.41 |
| Funds on Hand: | $1,654.30 | Total Plan Base: | $53,599.77 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*! Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.