Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023  
Chapter 13 Case No. 20-13821 / CMG

Yolanda C Shivers-Anderson  
Fitzroye H Anderson

Petition Filed Date: 03/05/2020  
341 Hearing Date: 04/02/2020  
Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $903.00 | 81807680 | 02/02/2022 | $903.00 | 82493700 | 03/02/2022 | $903.00 | 83106780 |
| 04/04/2022 | $903.00 | 83778220 | 05/02/2022 | $903.00 | 84421040 | 06/02/2022 | $903.00 | 85024220 |
| 07/05/2022 | $903.00 | 85631060 | 08/05/2022 | $903.00 | 86326020 | 09/06/2022 | $903.00 | 86911910 |
| 10/14/2022 | $903.00 | 87666320 | 11/10/2022 | $903.00 | 88191000 | 12/08/2022 | $903.00 | 88718480 |
| 01/06/2023 | $903.00 | 89240580 | 01/06/2023 | $903.00 | 89240580 | 01/06/2023 | ($903.00) | 89240580 |
| 02/06/2023 | $903.00 | 89794800 | | | | | | |

**Total Receipts for the Period: $12,642.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,831.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Yolanda C Shivers-Anderson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» SYNCHRONY BANK/R US | Unsecured Creditors | $415.43 | $0.00 | $415.43 |
| 2 | MERRICK BANK | Unsecured Creditors | $2,099.40 | $0.00 | $2,099.40 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,104.60 | $0.00 | $2,104.60 |
| 4 | LVNV FUNDING LLC<br>»» SYNCHRONY JUDGMENT DC-002934-18/AVOID LIEN | Unsecured Creditors | $637.65 | $0.00 | $637.65 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» COMENITY/AVENUE | Unsecured Creditors | $296.71 | $0.00 | $296.71 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $1,286.13 | $0.00 | $1,286.13 |
| 7 | Credit Union of New Jersey | Unsecured Creditors | $1,580.27 | $0.00 | $1,580.27 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,060.29 | $0.00 | $1,060.29 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2016 NISSAN ALTIMA/CRAM/AMD ORDER 1/6/21 | Debt Secured by Vehicle | $16,859.10 | $10,013.58 | $6,845.52 |
| 10 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 | Priority Crediors | $3,937.77 | $0.00 | $3,937.77 |
| 11 | INTERNAL REVENUE SERVICE<br>»» 2008-2011 | Unsecured Creditors | $20,442.08 | $0.00 | $20,442.08 |

**Chapter 13 Case No. 20-13821 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY/ASHLEY STEWART | Unsecured Creditors | $790.87 | $0.00 | $790.87 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER FUNDING LLC | Unsecured Creditors | $6,472.71 | $0.00 | $6,472.71 |
| 14 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,449.16 | $0.00 | $1,449.16 |
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $916.27 | $0.00 | $916.27 |
| 16 | TD BANK USA NA | Unsecured Creditors | $1,769.92 | $0.00 | $1,769.92 |
| 17 | QUANTUM3 GROUP LLC<br>»»  JUSTICE CC | Unsecured Creditors | $421.41 | $0.00 | $421.41 |
| 18 | QUANTUM3 GROUP LLC<br>»»  MY PLACE REWARDS | Unsecured Creditors | $452.57 | $0.00 | $452.57 |
| 19 | LVNV FUNDING LLC<br>»»  2015 HYUNDAI TUCSON/CRAM/ALLY | Debt Secured by Vehicle | $21,701.55 | $12,881.76 | $8,819.79 |
| 20 | OLIPHANT USA, LLC<br>»»  BARCLAYS BANK DELAWARE | Unsecured Creditors | $903.41 | $0.00 | $903.41 |
| 21 | MIDFIRST BANK<br>»»  P/57 RUSKIN AVE/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $3,237.73 | $2,166.93 | $1,070.80 |
| 22 | Capitalhealth<br>»»  JUDGMENT/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | Crown Asset Management, LLC as Assignee<br>»»  JUDGMENT DC-004367-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | Crown Asset Management, LLC as Assignee<br>»»  JUDGMENT DC-OO5940-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | Synchrony Bank<br>»»  JUDGMENT DC-007160-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TD Bank, USA<br>»»  JUDGMENT DC-002406-18/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 20162019; 2020-2021 POST-PET | Priority Crediors<br>Hold Funds: Late Filed Claim | $6,392.16 | $0.00 | $6,392.16 |
| 28 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2015 | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,831.36 | Plan Balance: | $22,768.41 ** |
| Paid to Claims: | $27,562.27 | Current Monthly Payment: | $903.00 |
| Paid to Trustee: | $2,431.11 | Arrearages: | $1,096.41 |
| Funds on Hand: | $837.98 | Total Plan Base: | $53,599.77 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

**View your case information online for** *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**