Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtors, **Yolanda Shivers-Anderson and Fitzroye Anderson**

Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| **In the Matter of**: | Case No. 20-13821-CMG |
| | Chapter 13 |
| Yolanda Shivers-Anderson | |
| Fitzroye Anderson | Hearing Date: 9/20/2023; 9:00am |
| | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |

## AMENDED ORDER TO MODIFY/REDUCE/EXPUNGE THE TAX CLAIM FOR THE NEW JERSEY DIVISION OF TAXATION

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: September 21, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The attorney for the Debtors having filed a Motion to modify/reduce the Tax Claim of the New Jersey Division of Taxation in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that the **estimated post-petition tax liability in the amount of $3,705.45** should be **reduced to $796 to reflect the actual tax liability for Tax Period 2021** ;

It is FURTHER ORDERED that the Trustee is authorized to pay the late Priority claim for tax period 2021 which was modified to $796;

It is FURTHER ORDERED that the remaining **estimated tax liability for Tax Period 2021** is hereby **expunged** and;

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.