# Law Offices of Sklar Smith-Sklar, LLC

1901 N. Olden Avenue • Suite 22 • Ewing, New Jersey  08618 • (609) 882-9800 • Fax (609) 538-1399
In Pennsylvania • (267) 575-4953

**Candyce I. Smith-Sklar, Esq., Ph.D.**　　　　　　　　　　　　　　　　　　**Admitted to PA & NJ Bars**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. Dist. Court Dist of NJ**
　　　　　　　　　　　　　　　　　　　　　　　　　**Licensed to Practice Before United States Supreme Court**

**Keith D. Sklar, Esq.**　　　　　　　　　　　　　　　　　　　　　　　　　　**Admitted to PA & NJ Bars**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. Dist. Court Dist of NJ**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. Dist. Courts Eastern and Middle Dist. of PA**
　　　　　　　　　　　　　　　　　　　　**Licensed to Practice Before U.S. Third Circuit Court of Appeals**
　　　　　　　　　　　　　　　　　　　　　　　　　**Licensed to Practice Before United States Supreme Court**

Email: mail@njpalaw.com　　　　　　　　　　　　　　　　　　　　　　　　www.njpalaw.com

November 28, 2023

Honorable Christine M. Gravelle, U.S.B.J.
United States Bankruptcy Court
420 East State Street, Courtroom#3
Trenton, NJ 08608

**Re:** Yolanda C Shivers-Anderson and Fitzroye H Anderson, Case No. 20-13821-CMG
　　　Withdrawal of Order on the Application to Re-Capitalize trustee Payments, under (Doc. #51)

To Hon. Christine Gravelle:

　　Please withdraw the Application for Order to Re-Capitalize Trustee Payments, under Doc. #51 since it was mistakenly filed with the order. The order will be correctly filed to Chambers.

 Please notify me if you need any additional information to grant my request.

Respectfully,

/s/Candyce Smith-Sklar
Candyce I. Smith-Sklar, Esq.