| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 20-13821 / CMG

Yolanda C Shivers-Anderson   Petition Filed Date: 03/05/2020
Fitzroye H Anderson   341 Hearing Date: 04/02/2020
   Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2023 | $903.00 | 89240580 | 01/06/2023 | $903.00 | 89240580 | 01/06/2023 | ($903.00) | 89240580 |
| 02/06/2023 | $903.00 | 89794800 | 03/16/2023 | $903.00 | 90569080 | 04/13/2023 | $903.00 | 91084990 |
| 05/11/2023 | $1,000.00 | 91614680 | 06/20/2023 | $903.00 | 92277660 | 07/18/2023 | $903.00 | 92758950 |
| 08/14/2023 | $903.00 | 93192210 | 09/14/2023 | $950.00 | 93788090 | 10/13/2023 | $1,000.00 | 94291510 |
| 11/09/2023 | $903.00 | 94747960 | 12/07/2023 | $1,200.00 | 95211110 | 01/16/2024 | $1,142.00 | 95819580 |

**Total Receipts for the Period: $12,516.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,541.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Yolanda C Shivers-Anderson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  SYNCHRONY BANK/R US | Unsecured Creditors | $415.43 | $0.00 | $415.43 |
| 2 | MERRICK BANK | Unsecured Creditors | $2,099.40 | $0.00 | $2,099.40 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY BANK | Unsecured Creditors | $2,104.60 | $0.00 | $2,104.60 |
| 4 | LVNV FUNDING LLC<br>»»  SYNCHRONY JUDGMENT DC-002934-18/AVOID LIEN | Unsecured Creditors | $637.65 | $0.00 | $637.65 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY/AVENUE | Unsecured Creditors | $296.71 | $0.00 | $296.71 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $1,286.13 | $0.00 | $1,286.13 |
| 7 | Credit Union of New Jersey | Unsecured Creditors | $1,580.27 | $0.00 | $1,580.27 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $1,060.29 | $0.00 | $1,060.29 |
| 9 | SANTANDER CONSUMER USA INC<br>»»  2016 NISSAN ALTIMA/CRAM/AMD ORDER 1/6/21 | Debt Secured by Vehicle | $16,859.10 | $13,524.09 | $3,335.01 |
| 10 | INTERNAL REVENUE SERVICE<br>»»  2017-2019 | Priority Creditors | $3,937.77 | $0.00 | $3,937.77 |
| 11 | INTERNAL REVENUE SERVICE<br>»»  2008-2011 | Unsecured Creditors | $20,442.08 | $0.00 | $20,442.08 |

**Chapter 13 Case No. 20-13821 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY/ASHLEY STEWART | Unsecured Creditors | $790.87 | $0.00 | $790.87 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER FUNDING LLC | Unsecured Creditors | $6,472.71 | $0.00 | $6,472.71 |
| 14 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,449.16 | $0.00 | $1,449.16 |
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $916.27 | $0.00 | $916.27 |
| 16 | TD BANK USA NA | Unsecured Creditors | $1,769.92 | $0.00 | $1,769.92 |
| 17 | QUANTUM3 GROUP LLC<br>»»  JUSTICE CC | Unsecured Creditors | $421.41 | $0.00 | $421.41 |
| 18 | QUANTUM3 GROUP LLC<br>»»  MY PLACE REWARDS | Unsecured Creditors | $452.57 | $0.00 | $452.57 |
| 19 | LVNV FUNDING LLC<br>»»  2015 HYUNDAI TUCSON/CRAM/ALLY | Debt Secured by Vehicle | $21,701.55 | $17,404.70 | $4,296.85 |
| 20 | OLIPHANT USA, LLC<br>»»  BARCLAYS BANK DELAWARE | Unsecured Creditors | $903.41 | $0.00 | $903.41 |
| 21 | MIDFIRST BANK<br>»»  P/57 RUSKIN AVE/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $3,237.73 | $2,716.06 | $521.67 |
| 22 | Capitalhealth<br>»»  JUDGMENT/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | Crown Asset Management, LLC as Assignee<br>»»  JUDGMENT DC-004367-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | Crown Asset Management, LLC as Assignee<br>»»  JUDGMENT DC-OO5940-19/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | Synchrony Bank<br>»»  JUDGMENT DC-007160-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | TD Bank, USA<br>»»  JUDGMENT DC-002406-18/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 20162019; 2020-2021 POST-PET/ORDE 9/21/23 | Priority Creditors | $3,482.71 | $0.00 | $3,482.71 |
| 28 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2015 | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,541.36 | Plan Balance: | $15,923.64 ** |
| Paid to Claims: | $36,144.85 | Current Monthly Payment: | $1,142.00 |
| Paid to Trustee: | $3,248.90 | Arrearages: | ($105.59) |
| Funds on Hand: | $2,147.61 | Total Plan Base: | $57,465.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.