Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
**Attorney for Debtors, Yolanda Shivers-Anderson and Fitzroye Anderson**

Order Filed on August 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 20-13821CMG |
| Yolanda Shivers-Anderson and | } | |
| Fitzroye Anderson | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

**ORDER PURSUANT TO**
**APPLICATION SEEKING ALLOWANCES FOR SERVICES RENDERED**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: August 28, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

The attorney for the Debtor having filed an application for allowances for services rendered in this Chapter 13 hereby requests an Order granting compensation for services rendered.

It is hereby ORDERED AND DIRECTED that Debtor's attorney request for services is hereby GRANTED pursuant to 11 U.S.C. §503(b)(2) or §503(b)(4) in the amount of **$1,000.00** to be paid through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 20-13821-CMG
Yolanda C Shivers-Anderson                                                                Chapter 13
Fitzroye H Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 2
Date Rcvd: Aug 28, 2024       Form ID: pdf903       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yolanda C Shivers-Anderson, Fitzroye H Anderson, 57 Ruskin Avenue, Hamilton, NJ 08610-3714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Yolanda C Shivers-Anderson njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Fitzroye H Anderson njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | |

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Michael R. DuPont
on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9