UNITED STATES BANKRUPTCY COURT
District of New Jersey

Candyce I. Smith-Sklar, Esq.
Law Offices of Sklar Smith-Sklar, LLC
1901 N. Olden Ave., Suite 22
Ewing, NJ 08618-2111
Attorney for Debtor(s)

In re:

Yolanda C Shivers-Anderson
Fitzroye H Anderson

Debtor(s)

Order Filed on September 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-13821 / CMG

Judge: Honorable Christine M. Gravelle

Chapter 13

## ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: September 24, 2024

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s) seeking entry of an order to re-capitalize the debtor(s) plan payments to the trustee, and this Order having been submitted pursuant to D.N.J. LBR 9072-1(d) (7 Day Rule), and no objection being received thereon, and the Court having considered the application, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $49,767.36 paid to date (53 month[s])
    - $1,142.00 for 1 month[s] beginning 9/1/24
    - $1,279.00 for 6 month[s] beginning 10/1/24

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.