<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Yolanda C Shivers–Anderson | Social Security number or ITIN   xxx–xx–0738 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Fitzroye H Anderson | Social Security number or ITIN   xxx–xx–8034 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   20–13821–MEH

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Yolanda C Shivers–Anderson                    Fitzroye H Anderson

6/12/25

**By the court:** Mark Edward Hall
                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 20-13821-MEH

Yolanda C Shivers-Anderson                                                      Chapter 13

Fitzroye H Anderson

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 84 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yolanda C Shivers-Anderson, Fitzroye H Anderson, 57 Ruskin Avenue, Hamilton, NJ 08610-3714 |
| cr | + | MIDFIRST BANK, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518749629 | + | Capitalhealth, 750 Brunswick Ave, Trenton, NJ 08638-4143 |
| 518749645 | + | Crown Asset Management, LLC as Assignee, 3100 Breckinridge Blvd., # 725, Duluth, GA 30096-7605 |
| 518749646 | + | Crown Asset Management, LLC as Assignee, 3100 Breckinridge Blvd #725, Duluth, GA 30096-7605 |
| 518749650 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 518749661 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518749664 | + | Stephen Einstein, 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 518749673 | + | TD Bank USA, N.A., c/o Keating, Lauren, Judith, Lyons Dough, & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 518749676 | ++ | TRINITAS REGIONAL MEDICAL CENTER, ATTN TONI LOGIUDICE, 225 WILLIAMSON STREET, ELIZABETH NJ 07202-3625 address filed with court:, Trinitas Regional Medical Center, 225 Williamson Street, Elizabeth, NJ 07202 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 12 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 12 2025 20:51:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 518831520 | | EDI: GMACFS.COM | Jun 13 2025 00:31:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262496 | + | EDI: AISACG.COM | Jun 13 2025 00:31:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518749624 | + | EDI: GMACFS.COM | Jun 13 2025 00:31:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518749625 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 12 2025 20:50:00 | Aspire/Emerge, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 518749626 | + | EDI: BANKAMER | Jun 13 2025 00:31:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518788530 | + | EDI: BANKAMER2 | | |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 84 |

| | | Jun 13 2025 00:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
|---|---|---|---|
| 518749641 | Email/Text: customercareus@creditcorpsolutionsinc.com | | |
| | | Jun 12 2025 20:50:00 | Credit Corp Solutions, 121 W. Election Rd., Suite 200, Draper, UT 84020 |
| 518749643 | Email/Text: bankruptcy@cunj.org | | |
| | | Jun 12 2025 20:51:00 | Credit Union Of New Jersey, P.O. Box 7921, Trenton, NJ 08628 |
| 518792081 | Email/Text: bankruptcy@cunj.org | | |
| | | Jun 12 2025 20:51:00 | Credit Union of New Jersey, Attn: Risk Mitigation Dept, POB 7921, Ewing, NJ 08628-3010 |
| 518749627 | + EDI: CAPITALONE.COM | | |
| | | Jun 13 2025 00:31:00 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 518749628 | + EDI: CAPITALONE.COM | | |
| | | Jun 13 2025 00:31:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518759453 | + EDI: AISACG.COM | | |
| | | Jun 13 2025 00:31:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518749631 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jun 12 2025 20:51:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 518749630 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jun 12 2025 20:51:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 518754013 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jun 12 2025 20:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518749632 | EDI: CITICORP | | |
| | | Jun 13 2025 00:31:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518749633 | + EDI: CITICORP | | |
| | | Jun 13 2025 00:31:00 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518749634 | + Email/Text: mediamanagers@clientservices.com | | |
| | | Jun 12 2025 20:50:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518749635 | + EDI: WFNNB.COM | | |
| | | Jun 13 2025 00:31:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518749637 | + EDI: WFNNB.COM | | |
| | | Jun 13 2025 00:31:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518749636 | + EDI: WFNNB.COM | | |
| | | Jun 13 2025 00:31:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518749638 | EDI: WFNNB.COM | | |
| | | Jun 13 2025 00:31:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518749639 | + EDI: WFNNB.COM | | |
| | | Jun 13 2025 00:31:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518749640 | + EDI: CONVERGENT.COM | | |
| | | Jun 13 2025 00:31:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 518749642 | + Email/Text: bankruptcy@cunj.org | | |
| | | Jun 12 2025 20:51:00 | Credit Union Of New Je, P.O. Box 7921, Trenton, NJ 08628-0921 |
| 518749644 | ^ MEBN | | |
| | | Jun 12 2025 20:38:28 | Crown Asset Management, c/o Stephen Einstein & Associates, P.C, 39 Broadway Suit 1250, New York, NY 10006-3089 |
| 518749647 | EDI: CITICORP | | |
| | | Jun 13 2025 00:31:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518749649 | + EDI: AMINFOFP.COM | | |
| | | Jun 13 2025 00:31:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518749651 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | Jun 12 2025 20:51:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |

| | | | |
|---|---|---|---|
| 518749652 | + EDI: LCIICSYSTEM | Jun 13 2025 00:31:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518749653 | + EDI: LCIICSYSTEM | Jun 13 2025 00:31:00 | IC System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518749654 | EDI: IRS.COM | Jun 13 2025 00:31:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 518749648 | EDI: BLUESTEM | Jun 13 2025 00:31:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 518873375 | Email/PDF: bncnotices@becket-lee.com | Jun 12 2025 21:05:06 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518749655 | + EDI: CAPITALONE.COM | Jun 13 2025 00:31:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518787004 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 21:04:35 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519807979 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 21:26:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519807980 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2025 21:15:27 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518777838 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2025 21:04:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518749656 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 12 2025 21:04:34 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518835044 | + EDI: AISMIDFIRST | Jun 13 2025 00:31:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518749657 | + EDI: AISMIDFIRST | Jun 13 2025 00:31:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518749658 | ^ MEBN | Jun 12 2025 20:38:14 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 518833423 | + EDI: BASSASSOC.COM | Jun 13 2025 00:31:00 | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518749659 | + Email/Text: janicemorgan@optimum.net | Jun 12 2025 20:51:00 | P.D.A.B. Inc., 66 Ford Road, Suite 114, Denville, NJ 07834-1300 |
| 518749660 | EDI: PRA.COM | Jun 13 2025 00:31:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518788118 | EDI: PRA.COM | Jun 13 2025 00:31:00 | Portfolio Recovery Associates, LLC, c/o AVENUE, POB 41067, Norfolk, VA 23541 |
| 518796844 | EDI: PRA.COM | Jun 13 2025 00:31:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518808498 | + EDI: JEFFERSONCAP.COM | Jun 13 2025 00:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518826488 | EDI: Q3G.COM | Jun 13 2025 00:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518802024 | EDI: Q3G.COM | Jun 13 2025 00:31:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518783141 | EDI: Q3G.COM | Jun 13 2025 00:31:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0312-3                                    User: admin                                    Page 4 of 5

Date Rcvd: Jun 12, 2025                                 Form ID: 3180W                              Total Noticed: 84

| Recip ID | | Notice Type | Sent Time | Name and Address |
|---|---|---|---|---|
| 518826489 | | EDI: Q3G.COM | Jun 13 2025 00:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518749662 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 12 2025 21:05:00 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 518799467 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 12 2025 20:51:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519811689 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 12 2025 20:50:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518749663 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 12 2025 20:51:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518749665 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 12 2025 20:51:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 518749668 | + | Email/Text: EBN@seliplaw.com | Jun 12 2025 20:51:00 | Synchrony Bank, c/o Selip & Stylianou, LLP, 10 Forest Ave, P.O. Box 914, Paramus, NJ 07653-0914 |
| 518749667 | + | EDI: SYNC | Jun 13 2025 00:31:00 | Synchrony Bank, Attn: Bankrutpcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518749666 | + | EDI: SYNC | Jun 13 2025 00:31:00 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518751050 | ^ | MEBN | Jun 12 2025 20:37:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518749669 | + | EDI: SYNC | Jun 13 2025 00:31:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518749670 | + | EDI: SYNC | Jun 13 2025 00:31:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518815629 | + | Email/Text: bncmail@w-legal.com | Jun 12 2025 20:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518749674 | + | EDI: TDBANKNORTH.COM | Jun 13 2025 00:31:00 | TD Bank, USA, 2035 Limestone Rd, Wilmington, DE 19808-5529 |
| 518749671 | + | EDI: WTRRNBANK.COM | Jun 13 2025 00:31:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518749672 | + | EDI: WTRRNBANK.COM | Jun 13 2025 00:31:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518749677 | + | EDI: VERIZONCOMB.COM | Jun 13 2025 00:31:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518749678 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 12 2025 21:04:32 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518808897 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 12 2025 21:04:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 74

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID          Bypass Reason   Name and Address**

District/off: 0312-3                          User: admin                              Page 5 of 5
Date Rcvd: Jun 12, 2025                       Form ID: 3180W                          Total Noticed: 84

cr            *+          Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004
518749675     ##+         Trinitas Anesthesia Associates, PO Box186, Glen Head, NY 11545-0186

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Albert Russo
                                  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                  docs@russotrustee.com

Candyce Ilene Smith-Sklar
                                  on behalf of Debtor Yolanda C Shivers-Anderson njpalaw@gmail.com  r56958@notify.bestcase.com

Candyce Ilene Smith-Sklar
                                  on behalf of Joint Debtor Fitzroye H Anderson njpalaw@gmail.com  r56958@notify.bestcase.com

Denise E. Carlon
                                  on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.
                                  on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
                                  on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Michael R. DuPont
                                  on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9